RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

CONFIRMED FILE DATE: 2/16/2016

CAUSE NO. 201608066

RECEIPT NO. ********** 75.00 CTM
TR # 73216539

PLAINTIFF: BEBEE, SABINA (INDIVIDUALLY AND ON BEHALF OF THE E
vs.
DEFENDANT: MOTOROLA SOLUTIONS INC

In The 11th
Judicial District Court
of Harris County, Texas
11TH DISTRICT COURT
Houston, TX

CITATION (CERTIFIED)

FILED
Chris Daniel
District Clerk
FEB 16 2016
Time:
By
Harris County, Texas
Deputy

THE STATE OF TEXAS
County of Harris

TO: MOTOROLA SOLUTIONS INC (A DELAWARE CORPORATION) BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEMS
1999 BRYAN STREET SUITE 900 DALLAS TX 752013136

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 8th day of February, 2016, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
This citation was issued on 16th day of February, 2016, under my hand and seal of said Court.

Issued at request of:
HALL, BENJAMIN LEWIS III
530 LOVETT BOULEVARD
HOUSTON, TX 77006
Tel: (713) 942-9600
Bar No.: 8743745

DISTRICT COURT OF HARRIS COUNTY, TEXAS

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

GENERATED BY: HILL, MARCELLA DIANA DBG//10304901

CLERK'S RETURN BY MAILING

Came to hand the ______ day of ______________________, ______, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of PLAINTIFF'S ORIGINAL PETITION to the following addressee at address:

______________________ ______________________
ADDRESS

______________________
ADDRESSEE

Service was executed in accordance with Rule 106(a)(2) TRCP, upon the Defendant as evidenced by the return receipt incorporated herein and attached hereto at ______________________

on ______ day of ______________________, ______
by U.S. Postal delivery to ______________________

This citation was not executed for the following reason: ______________________

CHRIS DANIEL, District Clerk
HARRIS COUNTY, T E X A S

By ______________________, Deputy

Certified Document Number: 69053254 - Page 1 of 1

EXHIBIT
A



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this March 23, 2016

Certified Document Number: 69053254 Total Pages: 1

Chris Daniel

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

2016-08066

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MOTOROLA SOLUTIONS INC
AGENT: CT CORPORATION SYSTEMS
1999 BRYAN STREET, SUITE 900
DALLAS, TX 75201-3136

2016-08066 11th

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) Chris Wells

C. Date of Delivery 2-22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail® ☐ Priority Mail Express™
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

7015 3010 0000 6613 1259

PS Form 3811, July 2013 Domestic Return Receipt

FILED
Chris Daniel
District Clerk
FEB 26 2016
Time:______
Harris County, Texas
By______
Deputy

FILED
Chris Daniel
District Clerk
FEB 26 2016
Time:______
Harris County, Texas
By______
Deputy

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS
CIVIL INTAKE
P.O. BOX 4651
HOUSTON, TEXAS 77210

2016-08066 11th

2016 FEB 24 AM 6:30

CONFIRMED FILE DATE: 2/26/2016

Certified Document Number: 69306213 - Page 1 of 1

I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   March 23, 2016

Certified Document Number:        69306213 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

CONFIRMED FILE DATE: 2/16/2016

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

CAUSE NO. 201608066

RECEIPT NO. ********** 75.00 CTM
TR # 73216550

PLAINTIFF: BEBEE, SABINA (INDIVIDUALLY AND ON BEHALF OF THE E
vs.
DEFENDANT: MOTOROLA SOLUTIONS INC

In The 11th
Judicial District Court
of Harris County, Texas
11TH DISTRICT COURT
Houston, TX

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

FILED
Chris Daniel
District Clerk
FEB 16 2016
Time:
By:
Harris County, Texas
Deputy

TO: MOTOROLA INC (A DELAWARE CORPORATION) BY SERVING ITS REGISTERED AGENT
CT CORPORATION SYSTEMS
1999 BRYAN STREET SUITE 900 DALLAS TX 752013136

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 8th day of February, 2016, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
This citation was issued on 16th day of February, 2016, under my hand and seal of said Court.

Issued at request of:
HALL, BENJAMIN LEWIS III
530 LOVETT BOULEVARD
HOUSTON, TX 77006
Tel: (713) 942-9600
Bar No.: 8743745

DISTRICT COURT OF HARRIS COUNTY TEXAS

Chris Daniel
CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

GENERATED BY: HILL, MARCELLA DIANA DBG//10304901

CLERK'S RETURN BY MAILING

Came to hand the ______ day of ______________________, ______, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of PLAINTIFF'S ORIGINAL PETITION to the following addressee at address:

______________________________
ADDRESSEE

______________________________
ADDRESS

Service was executed in accordance with Rule 106(a)(2) TRCP, upon the Defendant as evidenced by the return receipt incorporated herein and attached hereto at ______________________

on ______ day of ______________________, ______
by U.S. Postal delivery to ______________________

This citation was not executed for the following reason: ______________________

CHRIS DANIEL, District Clerk
HARRIS COUNTY, T E X A S

By ______________________, Deputy

Certified Document Number: 69053229 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this March 23, 2016

Certified Document Number: 69053229 Total Pages: 1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**



2016-08064

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MOTOROLA INC
AGENT: CT CORPORATION SYSTEMS
1999 BRYAN STE, SUITE 900
DALLAS, TX 75201-3136

2016-08066 11th

COMPLETE THIS SECTION ON DELIVERY

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) Chris Wells

C. Date of Delivery FEB 22 2016

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail® ☐ Priority Mail Express™
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. 7015 3010 0000 6613 1297

PS Form 3811, July 2013 Domestic Return Receipt

CONFIRMED FILE DATE: 2/26/2016

FILED
Chris Daniel
District Clerk
FEB 26 2016
Time: ____
Harris County, Texas
By ____
Deputy

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS
CIVIL INTAKE
P.O. BOX 4651
HOUSTON, TEXAS 77210

RECEIVED CHRIS DANIEL DISTRICT CLERK HARRIS COUNTY, TX
2016 FEB 26 AM 6:33

2016-08066 11th

Certified Document Number: 69306211 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this March 23, 2016

Certified Document Number: 69306211 Total Pages: 1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**