UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SABINA BEBEE, MARY SULLIVAN, NICOLE GARDNER, AMY YARBROUGH, ROBERT YARBROUGH, DAVID RENAUD, XAVIER RENAUD, AND BARBARA PEREZ<br><br>*Plaintiffs*<br><br>vs.<br><br>MOTOROLA SOLUTIONS, INC., SCOTT SAFETY, INC., SCOTT HEALTH AND SAFETY, INC., MOTOROLA, INC., ACCESS DATA SUPPLY, INC. AND CTS CONSOLIDATED TELECOM SERVICES, LLC<br><br>*Defendants*. | §§§§§§§§§§§§§§§§§§§ | CIVIL ACTION NO. 4:16-CV-00763<br><br>JURY DEMANDED |

**PLAINTIFFS' MOTION FOR STATUS CONFERENCE OR HEARING ON PENDING MOTIONS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiffs file this motion for the following reasons:

This case is at a standstill.

No discovery has or is being conducted because the parties (both plaintiffs and defendants) are uncertain about the state of the case in this court. Specifically, this case was removed from state court by the defendants on March 23, 2016. Diversity jurisdiction was the sole basis advanced for removing the case. See Doc # 1. At the time of removal, however, there were at least two non-diverse defendants (ADSI and CTS) sued in the case. Plaintiffs timely filed a motion to remand on April 21, 2016 and the motion is still unresolved.

Recent efforts to move the case along have resulted in one of the defendant's reliance on the absence of a court ruling on the pending motions as grounds for further delaying any progress in the case.

Plaintiffs' ask the Court to convene a status conference or hearing on the pending motions to assist the parties and their clients with reasonable expectations about where this case is to be litigated so that discovery may proceed. Plaintiffs realize the Court's docket is no doubt quite congested, but request that if possible the status conference/hearing occur within the next thirty (30) days.

A conforming order granting the requested relief is provided with this motion.

Respectfully submitted,

THE HALL LAW FIRM

*/s/ Benjamin L. Hall, III*
Benjamin L. Hall, III
Federal Bar No. 8787
State Bar No. 08743745
The Hall Law Firm
530 Lovett Blvd.
Houston, Texas  77006
Telephone:  (713) 942-9600
Facsimile:  (713) 942-9566

OF COUNSEL

LEVI BENTON & ASSOCIATES
Levi J. Benton
Federal Bar No. 15206
State Bar No. 00783638
3417 Milam
Houston, Texas 77002
Telephone: (713) 521-1717
Facsimile: (713) 588-8462
LBenton@LeviBenton.com

## CERTIFICATE OF CONFERENCE

This motion has been circulated to all counsel in the case. Defense counsel has either not opposed the motion or stated they take no position regarding the motion.

*/s/ Benjamin L. Hall, III*
Benjamin L. Hall, III

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2016, a true and correct copy of the foregoing document was forwarded to all counsel of record in accordance with the Texas Rules of Civil Procedure.

*/s/ Benjamin L. Hall, III*
Benjamin L. Hall, III