## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **Sabina Bebee,** *et al.*, § | | |
| Plaintiffs, § | | |
| § | Civil Action No. 4:16-cv-00763 | |
| v. § | | |
| § | **Jury Requested** | |
| **Motorola Solutions, Inc.,** *et al.*, § | | |
| Defendants. § | | |

### PLAINTIFF-INTERVENOR JACK SULLIVAN'S AND MOTOROLA SOLUTIONS, INC.'S UNOPPOSED JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff-Intervenor Jack Sullivan and Motorola Solutions, Inc. hereby file this unopposed motion for dismissal with prejudice of all claims brought by Plaintiff-Intervenor against Motorola, and all claims that could have been brought by Plaintiff-Intervenor against Motorola.

All claims and all causes of action by Plaintiff-Intervenor against Scott Safety, Inc. and Scott Health and Safety, Inc. are expressly reserved.

Costs shall be taxed against the parties incurring same.

Respectfully submitted,

**Counsel for Plaintiff-Intervenor Jack Sullivan**

By: /s/ Elliott Cin
Elliott M. Cin
State Bar No. 04251350
THE LAW OFFICES OF ELLIOTT CIN
10101 Fondren Rd. Suite 575
Houston, Texas 77096
Telephone: (832) 741-4638
Facsimile: (713) 961-4111
elliottcin@yahoo.com

**Counsel for Defendant Motorola Solutions, Inc.**

By: /s/ Ben Zinnecker
Matthew E. Coveler
State Bar No. 24012462
S.D. No. 24130
Attorney-In-Charge
7500 San Felipe, Suite 500
Houston, Texas 77063
Telephone: (713) 244-0800
Facsimile: (713) 244-0801
matthew.coveler@wtllaw.com

OF COUNSEL:

WEINSTEIN TIPPETTS & LITTLE LLP
Ben T. Zinnecker
State Bar No. 24066504
S.D. No. 1269224
ben.zinnecker@wtllaw.com

## CERTIFICATE OF CONFERENCE

Pursuant to LR7.2, the undersigned counsel hereby certifies it has conferred with counsel for Plaintiffs and counsel for Scott Safety, Inc. and Scott Health and Safety, Inc. about this motion. All counsel are unopposed to the motion.

*/s/ Ben T. Zinnecker*
Ben T. Zinnecker

## CERTIFICATE OF SERVICE

This instrument was served on the following counsel in compliance with Rule 5 of the Federal Rules of Civil Procedure on the 24th day of April, 2018:

Benjamin L. Hall, III                                                                                        *Via CM/ECF*
William L. Van Fleet II
THE HALL LAW FIRM
530 Lovett Blvd.
Houston, TX  77006
(713) 942-9566 (fax)
bhall@bhalllawfirm.com
bvfleet@comcast.net
– and –
Levi J. Benton
LEVI BENTON & ASSOCIATES
3417 Milam
Houston, TX  77002
(713) 521-1717 (fax)
lbenton@levibenton.com
*Counsel for Plaintiffs*

Elliott M. Cin                                                                                                *Via CM/ECF*
1770 St. James Pl., Suite 120
Houston, Texas  77056
(713) 961-4111 (fax)
elliottcin@yahoo.com
*Counsel for Plaintiff-Intervenor Jack Sullivan*

Jeffrey E. Elkins                                                                                            *Via CM/ECF*
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613
jelkins@shb.com
*Counsel for Defendant Scott Technologies, Inc. d/b/a Scott Safety*

                                                                    */s/ Ben T. Zinnecker*
                                                                    Ben T. Zinnecker