United States District Court
Southern District of Texas
**ENTERED**
June 28, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SABINA BEBEE, MARY SULLIVAN, NICOLE GARNER, AMY YARBROUGH, ROBERT YARBROUGH, DAVID RENAUD, XAVIER RENAUD, AND BARBARA PEREZ<br>*Plaintiffs*<br><br>VS.<br><br>MOTOROLA SOLUTIONS, INC. F/K/A, MOTOROLA, INC., SCOTT TECHNOLOGIES, INC. D/B/A SCOTT SAFETY, INC. AND D/B/A SCOTT HEALTH AND SAFETY, INC.,<br>*Defendants* | CIVIL ACTION NO. 4:16-CV-00763<br><br>JURY DEMANDED |

## ORDER

The Court GRANTS the Agreed Joint Motion to Stay All Court Proceedings for Two Weeks to Permit Scheduled Alternative Dispute Resolution. All proceedings in this case are STAYED until July 10, 2018.

The Parties are ORDERED to report back to this Court by July 10th regarding whether the case has settled or not.

SIGEND this 27th day of June, 2018.

_____
HONORABLE MELINDA HARMON
UNITED STATES DISTRICT COURT JUDGE