United States District Court
Southern District of Texas
**ENTERED**
July 11, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SABINA BEBEE, MARY SULLIVAN, NICOLE GARNER, AMY YARBROUGH, ROBERT YARBROUGH, DAVID RENAUD, XAVIER RENAUD, AND BARBARA PEREZ<br>*Plaintiffs*<br><br>VS.<br><br>MOTOROLA SOLUTIONS, INC. F/K/A, MOTOROLA, INC., SCOTT TECHNOLOGIES, INC. D/B/A SCOTT SAFETY, INC. AND D/B/A SCOTT HEALTH AND SAFETY, INC.,<br>*Defendants* | CIVIL ACTION NO. 4:16-CV-00763<br><br>JURY DEMANDED |

## ORDER

The Parties have filed a Joint Announcement of Settlement of All Remaining Claims in this case and have requested additional time to effectuate the terms of their mediated settlement.

The Court **GRANTS** the Parties' request to stay all further proceedings in this case to permit the parties time to finalize the terms of their mediated settlement of the remaining claims in this case.

DONE this 11th day of July, 2018.

_____
U.S. District Court Judge Melinda Harmon